UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-229-T-30MAP

SHAWN N. MARTEL

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves (Doc. 26) for a preliminary order of forfeiture for the following assets:  50 rounds of CCI/Speer .38 caliber ammunition.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to Count One of the Indictment, charging him with being a convicted felon in possession of the ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e), and the Court accepted his plea and adjudicated him guilty of this offense.

The Court further finds that the United States has established the required nexus between the ammunition and the defendant's offense of conviction.

Accordingly, it is **ORDERED** that the motion (Doc. 26) of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for

disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 16, p. 9), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of the ammunition sought by the government.

**ORDERED** in Tampa, Florida on December 4, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2015\15-cr-229 preliminary order of forfeiture.docx