UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 8:15-cr-229-T-30MAP

SHAWN N. MARTEL

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 40), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for 50 rounds of CCI/Speer .38 caliber ammunition.

On December 4, 2015, the Court entered a Preliminary Order of Forfeiture for the ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 27.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the ammunition on the official government website, www.forfeiture.gov, from December 5, 2015 through January 3, 2016.  Doc. 23. The publication gave notice to all third parties with a legal interest in the ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida

Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n) and due process, the United States properly noticed John B. Townsend and Buccaneer Pawn, II, LLC, the only parties known to have a potential interest in the ammunition.

No other third party or entity has filed a petition or claimed an interest in the ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 40) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the ammunition identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the ammunition is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 9th day of February, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-229 forfeit 40.docx